IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| HUMBERTO PEREZ,<br>    Plaintiff, | §<br>§<br>§<br>§ | |
| v. | § | CASE NO. 7:21-cv-82 |
| STEVEN JON BROUWER AND<br>SCHOBORG LAND SERVICES, INC.,<br>    Defendants. | §<br>§<br>§<br>§ | |

**DEFENDANT STEVEN JON BROUWER AND SHOBORG LAND SERVICES, INC.'S NOTICE OF REMOVAL**

Defendants **STEVEN JON BROUWER & SHOBORG LAND SERVICES, INC.** ("Defendant") file this Notice of Removal.

**PROCEDURAL BACKGROUND**

1. Plaintiff HUMBERTO PEREZ filed this action on December 28, 2020 against STEVEN JON BROUWER AND SCHOBORG LAND SERVICES, INC., in the County Court at Law No. 2 in Hidalgo County, Texas. That case was docketed under cause number CL-21-0115-B (the "State Court Action").

2. STEVEN JON BROUWER & SHOBORG LAND SERVICES, INC. were served with process on February 5, 2021[1].

3. STEVEN JON BROUWER & SHOBORG LAND SERVICES, INC timely filed their Original Answer on February 24, 2021.

4. STEVEN JON BROUWER & SHOBORG LAND SERVICES, INC timely file this Notice of Removal pursuant to 28 U.S.C. §1446 to remove the State Court Action from the County Court at

---

[1] While not yet reflected in the State Court's docket sheet, Defendants were nevertheless served on this date.

Law No. 2 of Hidalgo County, Texas to the United States District Court for the Southern District of Texas, McAllen Division.

## NATURE OF THE SUIT

5. In this lawsuit, Plaintiff alleges bodily injuries and damages caused by a collision between both vehicles on or about February 18, 2019. *See Plaintiff's Original Petition* at Section IV.

## BASIS FOR REMOVAL

6. The Court has jurisdiction over this action under 28 U.S.C. § 1332 because there is and was complete diversity between all real parties in interest (Plaintiff and Defendants) and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

### *Diversity of Citizenship*

7. At the time the State Court Action was commenced, Plaintiff was and still is a resident and citizen of Texas. *See Plaintiff's Original Petition* at 1, § II. Parties.

8. Defendant Steven Jon Brouwer is a resident and citizen of Minnesota.

9. Schoborg Land Services, Inc., is a Minnesota company with its principal place of business in the State of Minnesota.

### *Amount in Controversy*

10. In his Original Petition, Plaintiff fails to include a Rule 47 statement to specify the damages sought- rather Plaintiff merely states that damages "greatly exceed the minimum jurisdictional requirements of this Court." *See* Plaintiff's Original Petition at III. In addition, Plaintiff alleges past and future medical expenses, physical impairment, pain and suffering and mental anguish "in excess of the minimum jurisdictional limits of the Court." *See* Plaintiff's Original Petition at VI. Plaintiff further states that "because of the nature and complexity of this incident", Plaintiff reserves the right

to "amend their petition to add or omit as appropriate, claims, allegations, causes of action, grounds for recovery, parties and damages as discovery continues." *See* Plaintiff's Original Petition at IX. In addition, Plaintiff's medical documentation produced pre-suit includes references to additional ongoing medical treatment including steroid injections and a recommended consultation with an orthopedic surgeon.

11. Further, "[a] Texas plaintiff who wishes to avoid removal by limiting their recovery to less than $75,000 as a matter of law must file a binding stipulation or affidavit with his original state petition." *Martinez v. Liberty Ins. Corp.*, No. H-19-3956, 2019 U.S. Dist. LEXIS 217051, at *3 (S.D. Tex. 2019). Here, Plaintiff did not file a binding stipulation or affidavit with his petition nor did Plaintiff's counsel respond to the undersigned counsel's request for such a stipulation prior to removal. See attached Exhibit 1-E.

12. Therefore, this Court has jurisdiction over the action because there is complete diversity of the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.

## REMOVAL IS PROCEDURALLY CORRECT

13. This Notice of Removal is timely under 28 U.S.C. § 1446(b). Steven Jon Brouwer and Schoborg Land Services, Inc. were served with process on February 5, 2021.

14. Venue is proper in this Division under 28 U.S.C. § 1441(a) because this district and division embrace the place in which the removed action has been pending.

15. In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders in the State Court Action are attached herein to the Index of Matters Filed (Exhibits 1A – 1E).

16. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of Steven Jon Brouwer and Schoborg Land Services, Inc.'s Notice of Removal was promptly given to all parties and to the clerk of the County Court at Law No. 2 of Hidalgo County, Texas.

17. All documents required by Local Rule 81 to be filed with this Notice of Removal are attached herein to the Index of Matters Filed (Exhibit 1).

## PRAYER

**STEVEN JON BROUWER AND SCHOBORG LAND SERVICES, INC.,** respectfully request that the State Court Action be removed and placed on this Court's docket for further proceedings. Defendants also requests any additional relief to which they may be justly entitled.

Respectfully submitted,

**RAMÓN WORTHINGTON NICOLAS & CANTU, PLLC**
1506 Lone Star Way, Suite 5
Edinburg, Texas 78539
Telephone: 956-294-4800
Facsimile: 956-928-9564

*/s/ Sofia A. Ramón*
Sofia A. Ramón
State Bar No. 00784811
Fed. ID No. 20871
sramon@ramonworthington.com
**Electronic Service to:**
efile@ramonworthington.com

**ATTORNEYS FOR DEFENDANTS**

**Of Counsel:**

Dan K. Worthington
State Bar No. 00785282
Fed. ID No. 15353
dworthington@ramonworthington.com
Elizabeth Sandoval Cantu
State Bar No. 24013455
Fed ID No. 310028

-4-

-5-

ecantu@ramonworthington.com
**RAMÓN WORTHINGTON**
**NICOLAS & CANTU, PLLC**
1506 South Lone Star Way, Suite 5
Edinburg, Texas 78539
T: 956-294-4800
F: 956-928-9564
Electronic Service to:
efile@ramonworthington.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 4, 2021, a true and correct copy of the foregoing document was served via e-File Texas.gov to the following:

George M. Rubio
Vanessa R. Rubio
**RUBIO & ASSOCIATES, PLLC**
3608 Buddy Owens Blvd., Suite A
McAllen, Texas 78504
T: (956) 631-9999
F: (956) 631-8080
grubio@grubiolaw.com
vanessa@grubiolaw.com
**Attorneys for Plaintiff**

/s/ *Sofia A. Ramón*
Sofia A. Ramón