# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

| | | |
|---|---|---|
| **HUMBERTO PEREZ,** | § | |
|  Plaintiff, | § | |
| | § | |
| | § | |
| **v.** | § | **CASE NO. _____** |
| | § | |
| **STEVEN JON BROUWER AND** | § | |
| **SCHOBORG LAND SERVICES, INC.,** | § | |
|  Defendants. | § | |

## INDEX OF DOCUMENTS FILED

Defendants Steven Jon Brouwer and Schoborg Land Services, Inc. ("Defendants") submit this Index of Matters Documents Filed and List of All Counsel of Record pursuant to Local Rule 81 of the United States District Court for the Southern District of Texas. Pursuant to the Local Rule 81, the following items are being filed with the filed by Defendants:

1. Index of Matters Being Filed and List of All Counsel of Record;

2. Copies of all documents filed in state court as follows:

   A. Plaintiff's Original Petition, filed December 28, 2020 (attached as Exhibit 1-A);

   B. Citations issued to Defendants Schoborg Land Services, Inc., and Steven Jon Brower (attached as Exhibit 1-B);

   C. Defendants Steven Jon Brouwer and Schoborg Land Services, Inc.'s Original Answer, filed on February 26, 2021 (attached as Exhibit 1-C);

3. A copy of the state court docket sheet (attached as Exhibit 1-D); and

4. Email request for damage stipulation (attached as Exhibit 1-E).

The parties' respective attorneys are as follows:

A.      ATTORNEYS FOR PLAINTIFF:

George M. Rubio
grubio@grubiolaw.com
Vanessa R. Rubio
vanessa@grubiolaw.com
**RUBIO & ASSOCIATES, PLLC**
3608 Buddy Owens Blvd., Suite A
McAllen, Texas 78504
T: 956-631-9999
F: 956-631-8080

B.      ATTORNEYS FOR DEFENDANTS:

Sofia A. Ramón
**RAMÓN WORTHINGTON NICOLAS & CANTU, PLLC**
1506 Lone Star Way, Suite 5
Edinburg, Texas 78539
T: 956-294-4800
F: 956-928-9564
sramon@ramonworthington.com

**Of Counsel:**

Dan K. Worthington
dworthington@ramonworthington.com
Elizabeth Sandoval Cantu
ecantu@ramonworthington.com
**RAMÓN WORTHINGTON NICOLAS & CANTU, PLLC**
1506 South Lone Star Way, Suite 5
Edinburg, Texas 78539
T: 956-294-4800
F: 956-928-9564

**Electronic Service to:**
efile@ramonworthington.com


Dated: March 4, 2021.

# EXHIBIT 1-A

Electronically Submitted
12/28/2020 1:40 PM
Hidalgo County Clerk
Accepted by: Daniela Blanco

CAUSE NO. **CL-21-0115-B** _____

| | | |
|---|---|---|
| **HUMBERTO PEREZ** | § | **IN THE COUNTY COURT** |
| | § | |
| | § | |
| | § | **AT LAW NO.** _____ |
| **VS.** | § | |
| | § | |
| | § | |
| **STEVEN JON BROUWER AND** | § | |
| **SCHOBORG LAND SERVICES, INC.** | § | **HIDALGO COUNTY, TEXAS** |

## PLAINTIFF'S ORIGINAL PETITION AND
## <u>JURY DEMAND WITH REQUESTS FOR DISCLOSURE</u>

**TO THE HONORABLE JUDGE:**

COMES NOW   Plaintiff **HUMBERTO PEREZ** complaining herein of Defendants **STEVEN JON BROUWER and SCHOBORG LAND SERVICES, INC.** and for cause of action, would state as follows:

### I.
### DISCOVERY PLAN

Plaintiffs intend to conduct discovery under Level 2 of Texas Rule of Civil Procedure 190.

### II.
### PARTIES

Plaintiff **HUMBERTO PEREZ** resides in Edinburg, Hidalgo County, Texas.

Defendant **STEVEN JON BROUWER**, is a non-resident of the State of Texas and may be served with process by serving the Chairman of the Texas Transportation Commission as its agent for service at 125 E. 11th Street, Austin, Texas 78701, because the Defendant does not live in the State of Texas. The Chairman of the Texas Transportation Commission may obtain service of process on Defendant **STEVEN JON BROUWER** by serving him at his place of residence at **3763 Devitt Ave., Waverly, Wright County, Minnesota 55390.**

Electronically Submitted
12/28/2020 1:40 PM
Hidalgo County Clerk
Accepted by: Daniela Blanco

CL-21-0115-B

Defendant **SCHOBORG LAND SERVICES, INC.**, is a Minnesota Company and may be served with process by serving its registered agent. Defendant's principal place of business is the State of Minnesota. Defendant may be served with process by serving the Office of the Minnesota Secretary of State as its agent for service at **Retirement Systems of Minnesota Building, 60 Empire Drive, Suite 100, St. Paul, MN 55103**, because the Defendant engages in business in this state but has designated a resident agent for service of process. Secretary of State can obtain Service on Defendant through its Registered Agent **Kelly Brouwer** at **3763 Devitt Ave., Waverly, Wright County, Minnesota 55390.**

## III.
## JURISDICTION

Jurisdiction is proper in that the amount in controversy greatly exceeds the minimum jurisdictional requirements of this Court.

Pursuant to Section 15.001 <u>et seq.</u> of the Texas Civil Practice and Remedies Code, venue is proper in Hidalgo County in that all or part of this cause of action accrued in Hidalgo County, Texas

## IV.
## FACTUAL BACKGROUND

At all relative times mentioned herein, Defendant **STEVEN JON BROUWER,** was in the course and scope of his employment with Defendant **SCHOBORG LAND SERVICES, INC.**, or was their agent over whom they exercised control. Therefore, under respondent superior doctrine, Defendant **SCHOBORG LAND SERVICES, INC.** is liable for Defendant **STEVEN JON BROUWER'S** actions and conduct. Plaintiff relies, in part, on the legal theory of respondent superior for recovery against Defendant **SCHOBORG LAND SERVICES, INC.**

On or about February 18, 2019, in Weslaco, Hidalgo County, Texas, Plaintiff **HUBERTO PEREZ** was traveling eastbound in the far right lane at the 900 Block of West IH-2  Defendant **STEVEN JON BROUWER** was traveling in the same direction in the middle lane,  Defendant

**HUMBERTO PEREZ**
**PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND WITH REQUESTS FOR DISCLOSURE**                    Page 2

Electronically Submitted
12/28/2020 1:40 PM
Hidalgo County Clerk
Accepted by: Daniela Blanco

CL-21-0115-B

STEVEN JON BROUWER changed lanes when unsafe, causing a collision to occur between both vehicles. Defendant STEVEN JON BROUWER'S negligent acts and/or omissions proximately caused Plaintiff to suffer bodily injuries and damages as set out herein below.

## V.
## NEGLIGENCE OF DEFENDANT STEVEN JON BROUWER

At and immediately before the occurrence in question, Defendant was guilty of acts and/or omissions which constituted negligence. These acts and/or omissions include, but are not limited to, the following:

1. Failing to keep a proper lookout as a person of ordinary prudence would have done under the same of similar circumstances;

2. Failure to yield the right-of-way, as that term is defined in law, to the vehicle in which Plaintiff was operating, in violation of the applicable provision of Vernon's Ann. Civ. Stat. art. 6701d§71;

3. Failure to maintain an assured clear distance between vehicles in violation of Texas Transportation Code §545.062;

4. Failure to maintain control of Defendant's motor vehicle;

5. Change lanes when unsafe;

6. Failure to drive in a single lane;

7. Faulty evasive action;

8. Failure to timely apply his brakes;

9. Driver inattention; and

10. Failure to drive in a single lane.

Each of the above-mentioned acts or omissions constituted negligence which were the proximate cause or causes of the occurrence in question and the resulting damages sustained by the Plaintiff herein.

Electronically Submitted
12/28/2020 1:40 PM
Hidalgo County Clerk
Accepted by: Daniela Blanco

CL-21-0115-B

## VI.
## NEGLIGENCE OF DEFENDANT SCHOBORG LAND SERVICES, INC.

At and immediately before the occurrence in question, Defendant **SCHOBORG LAND**

**SERVICES, INC.** was guilty of acts and/or omissions which constituted negligence. These acts

and/or omissions include, but are not limited to, the following:

1. Negligently failing to institute and maintain reasonable driving training and safety programs for employees in a same or similar position as Defendant **STEVEN JON BROUWER**; and

2. Negligently failing to supervise Defendant **STEVEN JON BROUWER**.

Each of the above-mentioned acts or omissions constituted negligence which were the

proximate cause or causes of the occurrence in question and the resulting damages sustained by the

Plaintiff herein.

## V.
## INJURIES TO PLAINTIFF HUMBERTO PEREZ

Plaintiff sustained the following serious bodily injuries as a direct and proximate result of

the Defendant's negligence:

a. Neck pain;

b. Upper back pain;

c. Mid back pain;

d. Low back pain;

e, Headaches; and

f. Plaintiff **HUMBERTO PEREZ** suffered injuries to his body in general.

## VI.
## DAMAGES TO PLAINTIFF HUMBERTO PEREZ

As a direct and proximate result of the negligence of Defendant's as alleged herein Plaintiff

**HUMBERTO PEREZ** suffered the following damages:

Electronically Submitted
12/28/2020 1:40 PM
Hidalgo County Clerk
Accepted by: Daniela Blanco

CL-21-0115-B

a.     Past medical expenses in the amount in excess of the jurisdictional limits of the Court;

b.     Future medical expenses in excess of the minimum jurisdictional limits of the Court;

c.     Past and future physical impairment in excess of the minimum jurisdictional limits of the Court; and

d.     Past and future pain and suffering and mental anguish in excess of the minimum jurisdictional limits of the Court.

## VII
## TEXAS RULE OF CIVIL PROCEDURE 193.7 STATEMENT

Plaintiff, intends to use all documents produced by Defendant(s) in discovery. Pursuant to Texas Rules of Civil Procedure Rule 193.7, Plaintiff gives actual notice to Defendants that any and all documents produced by any Defendant in response to written discovery may be used against any Defendant(s) at any pre-trial proceeding and at the trial of this matter without the need of authenticating said documents.

## VIII
## TEXAS RULE OF EVIDENCE 609(f) REQUEST FOR NOTICE

Pursuant to Texas Rule of Evidence 609(f), Plaintiff **HUMBERTO PEREZ**, requests Defendants provide written notice of their intent to admit a criminal conviction, as defined in Rule 609, against any witness or any witness or testifying expert witness relied upon at least 100 days before the end of the discovery period.

## IX.
## RESERVATIONS OF RIGHTS AND RIGHT TO AMEND

Because of the nature and complexity of this incident, Plaintiff **HUMBERTO PEREZ**, reserves the right to prove the amount of damages at trial and the right to amend their petition to add or omit as appropriate, claims, allegations, causes of action, grounds for recovery, parties and damages as discovery continues.

Electronically Submitted
12/28/2020 1:40 PM
Hidalgo County Clerk
Accepted by: Daniela Blanco

CL-21-0115-B

## X.
## REQUESTS FOR DISCLOSURE

Pursuant to the provisions of Rule 194, Texas Rules of Civil Procedure, you are requested to disclose, within (50) days of service of this request, the information or material described in 194.2(a)-(j).

## XI.

Plaintiff requests pre-judgment and post-judgment interest as allowed by law.

## XII.
## JURY DEMAND

Pursuant to Rule 216, Texas Rules of Civil Procedure, Plaintiff requests a trial by jury as to all issues of fact presented herein.

## PRAYER FOR RELIEF

**FOR THE REASONS STATED,** Plaintiff prays that Defendant be cited in terms of law to appear and answer herein and that Plaintiff, upon final trial of this cause, have judgment against Defendant in an amount in excess of the minimum jurisdictional limits of this Court, for costs of Court, pre-judgment and post-judgment interest at the highest legal rate, for the recovery of actual damages, and for such other and further relief, both special and general, to which Plaintiff may be entitled, in that of law and equity.

Electronically Submitted
12/28/2020 1:40 PM
Hidalgo County Clerk
Accepted by: Daniela Blanco

CL-21-0115-B

Respectfully Submitted,

RUBIO & ASSOCIATES, PLLC

GORGE M. RUBIO
State Bar No. 24029812
grubio@grubiolaw.com
VANESSA R. RUBIO
State Bar No. 24114765
vanessa@grubiolaw.com
3608 Buddy Owens Blvd, Ste. A
McAllen, Texas78504
(956) 631-9999-Tel
(956) 631-8080- Fax

ATTORNEYS FOR PLAINTIFF

EXHIBIT 1-B

Electronically Submitted
1/21/2021 3:06 PM
Hidalgo County Clerk
Accepted by: Ester Espinoza

## CAUSE NO. CL-21-0115-B

THE STATE OF TEXAS
COUNTY OF HIDALGO

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you."

To:   SCHOBORG LAND SERVICES INC
      BY SERVING THE OFFICE OF THE MINNESOTA SECRETARY OF STATE AS ITS AGENT FOR
      SERVICE AT:
      RETIREMENT SYSTEMS OF MINNESOTA BUILDING
      60 EMPIRE DRIVE SUITE 100
      ST PAUL MN 55103

      SECRETARY OF STATE CAN OBTAIN SERVICE ON DEFENDANT THROUGH ITS REGISTERED
      AGENT:
      KELLY BROUWER
      3763 DEVITT AVE
      WAVERLY, WRIGHT COUNTY, MINNESOTA 55390

GREETINGS: You are commanded to appear by filing a written answer to the Plaintiff's petition at or before 10 o'clock A.M. on or before the Monday next after the expiration of twenty (20) days after the date of service hereof, before the Honorable County Court At Law #2 of Hidalgo County, Texas, by and through the Hidalgo County Clerk at 100 N. Closner, First Floor, Edinburg, Texas 78539. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Said Plaintiff's Petition was filed in said Court, on the 28th day of December, 2021 in this Cause Numbered CL-21-0115-B on the docket of said Court, and styled,

**HUMBERTO PEREZ**
vs.
**STEVEN JON BROUWER; SCHOBORG LAND SERVICES, INC.**

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Original Petition And Jury Demand With Requests For Disclosure accompanying this Citation and made a part hereof.

NAME & ADDRESS OF ATTORNEY FOR PLAINTIFF:
      GORGE M. RUBIO
      3608 BUDDY OWENS BLVD STE B
      MCALLEN TX  78501

The officer executing this citation shall promptly serve the same according to requirements of law, and the mandates hereof, and make due return as the law directs.

ISSUED AND GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Edinburg, Texas this 21st day of January, 2021.

ARTURO GUAJARDO, JR.
COUNTY CLERK, HIDALGO COUNTY, TEXAS
100 N. CLOSNER
EDINBURG, TEXAS 78539
COUNTY COURT AT LAW #2

BY _____ DEPUTY
            OSCAR GONZALEZ

Electronically Submitted
1/21/2021 3:06 PM
Hidalgo County Clerk
Accepted by: Ester Espinoza

SHERIFF'S/CONSTABLE'S/CIVIL PROCESS

SHERIFF'S RETURN

    Came to hand on the _____ day of _____, 20 ____, at _____ o'clock _____ M., by Deputy (Sheriff/Constable)/Civil Process Server and to-wit the following:

DEFENDANT SERVED

    Service was EXECUTED on the above referenced Defendant, in person, in Hidalgo County, Texas and served with a true copy of this Citation, with the date of delivery endorsed thereon, together with the accompanying copy of the Plaintiff's Petition, at the following
Date, time, and place, to-wit:

NAME _____ DATE _____ TIME _____ PLACE _____

By: _____     By: _____
      CIVIL PROCESS SERVER           DEPUTY SHERIFF/CONSTABLE

**DEFENDANT NOT SERVED**
    Service was ATTEMPTED at the above address on the above referenced Defendant on the following date(s) and time(s), but to no avail:

NAME _____ DATE _____ TIME _____ PLACE _____

NAME _____ DATE _____ TIME _____ PLACE _____

NAME _____ DATE _____ TIME _____ PLACE _____

By; _____     By: _____
      CIVIL PROCESS SERVER           DEPUTY SHERIFF/CONSTABLE

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF,
CONSTABLE OR CLERK OF THE COURT**

In accordance to rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and my address is

_____. I declare under penalty of perjury that the foregoing is true and correct

EXECUTED in _____ County, state of Texas, on the ___ day of _____, 20____.

_____
DECLARANT

_____
If Certified by the Supreme Court of Texas
Date of Expiration /SCH Number

Electronically Submitted
1/21/2021 3:06 PM
Hidalgo County Clerk
Accepted by: Ester Espinoza

## CAUSE NO. CL-21-0115-B

THE STATE OF TEXAS
COUNTY OF HIDALGO

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you."

To:     STEVEN JON BROUWER
        BY AND THROUGH THE CHAIRMAN OF THE TEXAS TRANSPORTATION COMMISSION AS
        ITS AGENT FOR SERVICE AT:
        125 E 11TH STREET
        AUSTIN TX 78701

        THE CHAIRMAN OF THE TEXAS TRANSPORTATION COMMISSION MAY OBTAIN SERIVCE
        OF PROCESS ON STEVEN JON BROUWER BY SERVING HIM AT HIS PLACE OF RESIDENCE
        AT:
        3763 DEVITT AVE
        WAVERLY, WRIGHT COUNTY, MINNESOTA 55390

GREETINGS: You are commanded to appear by filing a written answer to the Plaintiff's petition at or before 10 o'clock A.M.  on or before the Monday next after the expiration of twenty (20) days after the date of service hereof, before the Honorable County Court At Law #2 of Hidalgo County, Texas, by and through the Hidalgo County Clerk at 100 N. Closner, First Floor, Edinburg, Texas 78539. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Said Plaintiff's Petition was filed in said Court, on the 28th day of December, 2021 in this Cause Numbered CL-21-0115-B on the docket of said Court, and styled,

**HUMBERTO PEREZ**
vs.
**STEVEN JON BROUWER; SCHOBORG LAND SERVICES, INC.**

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Original Petition And Jury Demand With Requests For Disclosure accompanying this Citation and made a part hereof.

NAME & ADDRESS OF ATTORNEY FOR PLAINTIFF:
        GORGE M. RUBIO
        3608 BUDDY OWENS BLVD STE B
        MCALLEN TX  78501

The officer executing this citation shall promptly serve the same according to requirements of law, and the mandates hereof, and make due return as the law directs.

ISSUED AND GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Edinburg, Texas this 21st day of January, 2021.

ARTURO GUAJARDO, JR.
COUNTY CLERK, HIDALGO COUNTY, TEXAS
100 N. CLOSNER
EDINBURG, TEXAS 78539
COUNTY COURT AT LAW #2

BY _____ DEPUTY
              OSCAR GONZALEZ

Electronically Submitted
1/21/2021 3:06 PM
Hidalgo County Clerk
Accepted by: Ester Espinoza

SHERIFF'S/CONSTABLE'S/CIVIL PROCESS

SHERIFF'S RETURN
    Came to hand on the _____ day of _____, 20 _____, at _____ o'clock _____
M., by Deputy (Sheriff/Constable)/Civil Process Server and to-wit the following:

DEFENDANT SERVED

    Service was EXECUTED on the above referenced Defendant, in person, in Hidalgo County, Texas and served with a true copy of this Citation, with the date of delivery endorsed thereon, together with the accompanying copy of the Plaintiff's Petition, at the following
Date, time, and place, to-wit:

NAME _____ DATE _____ TIME _____ PLACE _____

By: _____     By: _____
      CIVIL PROCESS SERVER                                    DEPUTY SHERIFF/CONSTABLE

**DEFENDANT NOT SERVED**
    Service was ATTEMPTED at the above address on the above referenced Defendant on the following date(s) and time(s), but to no avail:

NAME _____ DATE _____ TIME _____ PLACE _____

NAME _____ DATE _____ TIME _____ PLACE _____

NAME _____ DATE _____ TIME _____ PLACE _____

By; _____     By: _____
      CIVIL PROCESS SERVER                                    DEPUTY SHERIFF/CONSTABLE

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE OR CLERK OF THE COURT

In accordance to rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and my address is

_____. I declare under penalty of perjury that the foregoing is true and correct

EXECUTED in _____ County, state of Texas, on the ____ day of _____, 20____.

_____
DECLARANT

_____
If Certified by the Supreme Court of Texas
Date of Expiration /SCH Number

# EXHIBIT 1-C

Electronically Submitted
2/26/2021 1:57 PM
Hidalgo County Clerk
Accepted by: Ester Espinoza

CAUSE NO. CL-21-0115-B

| | | |
|---|---|---|
| **HUMBERTO PEREZ** | § | **IN THE COUNTY COURT** |
| | § | |
| v. | § | **AT LAW NO. 2 OF** |
| | § | |
| **STEVEN JON BROUWER AND** | § | |
| **SCHOBORG LAND SERVICES, INC.** | § | **HIDALGO COUNTY, TEXAS** |

## DEFENDANTS' ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF THE COURT:

NOW COME **STEVEN JON BROUWER and SCHOBORG LAND SERVICES, INC.** (**"Defendants"**), Defendants in the above styled and numbered cause, and file this Original Answer to Plaintiff's Original Petition, and in support thereof would respectfully show this Honorable Court the following:

### I.    GENERAL DENIAL

1.      Reserving the right to file other further pleadings, exceptions and/or denials, Defendants generally deny each and every material allegation contained in Plaintiff's Original Petition, and demand strict proof thereof in accordance with the laws and the Rules of Civil Procedure of the State of Texas.

### II.    AFFIRMATIVE DEFENSES

2.      Defendants further plead that the negligence and/or comparative fault of PLAINTIFF HUMBERTO PEREZ was a proximate cause, and/or the sole proximate cause of the incident made the basis of this lawsuit and Plaintiff's alleged damages.

3.      Defendants further plead that some or all of the injuries and damages Plaintiff complains of were proximately caused by incidents or diseases not related to the incident in question and for which Defendants have no liability.

Electronically Submitted
2/26/2021 1:57 PM
Hidalgo County Clerk
Accepted by: Ester Espinoza

4.      Defendants further plead Plaintiff suffered from pre-existing medical and mental conditions and diseases which are a proximate cause, and/or the sole proximate cause of Plaintiff's alleged injuries and damages asserted in this case. Defendants further alternatively plead Plaintiff failed to mitigate his alleged damages.

5.      Pleading further, and in the alternative, if such is necessary, and subject to the foregoing pleas and without waiving same, at all times material to the Plaintiff's allegations, the Defendants' conduct conformed to the applicable standard of care.

6.      Defendants further plead, in the event Defendants breached any duty of care owing to Plaintiff, which Defendants specifically deny, Defendants' conduct did not proximately cause Plaintiff's alleged injuries or damages, as Plaintiff's alleged injuries and damages were not proximately caused by the incident complained of.

7.      For further answer, if such be necessary, and pleading in the alternative, Defendants further affirmatively plead any applicable defenses found within TEX. CIV. PRAC. & REM. CODE CHAPTER 33, including TEX. CIV. PRAC. & REM. CODE §33.003, which states that a defendant's percentage of responsibility, if any, will be assessed as compared to that, if any, of each claimant, defendant, settling person and responsible third party; and TEX. CIV. PRAC. & REM. CODE §33.013, which states that a defendant may not be held jointly and severally liable for any amount of damages claimed herein unless the percentage of that defendant's responsibility, when compared with that of each responsible party, settling party and each responsible third party, is greater than fifty percent (50%), and otherwise provides for the apportionment of any liability between claimants, defendants, responsible third parties and settling parties who are found liable.

8.      Pleading further, the Defendants invoke § 41.0105 of the TEXAS CIVIL PRACTICE AND REMEDIES CODE and request that, to the extent the Plaintiff seeks recovery of medical or

Electronically Submitted
2/26/2021 1:57 PM
Hidalgo County Clerk
Accepted by: Ester Espinoza

healthcare expenses, the evidence to prove such loss be limited to the amount actually paid or incurred by or on behalf of the Plaintiff, as opposed to the amount charged.

9.      Pleading further, the Defendants assert that pre-judgment interest, if any, as requested in the Plaintiffs' Original Petition, is limited in accordance with § 304.104 et seq. of the TEXAS FINANCE CODE.

10.      Pleading further, the Defendants assert that the Plaintiffs' alleged injuries and damages, if any, were caused solely or particularly by some third person or third party for whom the Defendants are not legally responsible, including specifically Selena Coronado who entrusted the vehicle to Plaintiff, an unlicensed driver.

11.      Defendants further deny any employer/employee relationship existed as between STEVEN JON BROUWER and SCHOBORG LAND SERVICES, INC and further denies he was in the course and scope of employment with SCHOBORG LAND SERVICES, INC, as alleged by Plaintiff.

12.      Defendant SCHOBORG LAND SERVICES, INC denies it owed duties of training and supervision as to Defendant STEVEN JON BROUWER, as alleged, and further denies the existence of any legal duty owed to Plaintiff under the doctrine of vicarious liability.

## III.   **SPECIAL EXCEPTIONS**

13.      <u>Failure to Set Forth Maximum Amount of Damages Sought</u>.  Defendants specially except to Plaintiff's Original Petition because Plaintiff has failed to plead the range of damages and maximum amount of damages sought as required by TEX. R. CIV. P. 47.  Defendants respectfully request that Plaintiff be required to amend his Petition and specify the range of damages sought or the maximum amount claimed as required by TEX. R. CIV. P. 47.  Defendants further request an order confirming that Plaintiff not be permitted to engage in discovery until Plaintiff's Petition is amended to comply with TEX. R. CIV. P. 47.

Electronically Submitted
2/26/2021 1:57 PM
Hidalgo County Clerk
Accepted by: Ester Espinoza

## IV.   TRCP 193.7 NOTICE

14.     Pursuant to Texas Rules of Civil Procedure 193.7, any and all documents produced by Plaintiff in response to Defendants' written discovery are intended to be used by Defendants and shall be deemed as properly authenticated for use against Plaintiff in any pretrial proceeding or trial of this case.

## V.   JURY DEMAND

Defendants hereby make a demand for jury trial.

## VI.   PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendants **STEVEN JON BROUWER and SCHOBORG LAND SERVICES, INC.** request judgment of the Court that Plaintiff take nothing by this suit, and, that Defendants be awarded costs and such other and further relief to which they may show they are justly entitled to receive.

Respectfully submitted,

**RAMÓN WORTHINGTON
NICOLAS & CANTU, PLLC**
1506 Lone Star Way, Suite 5
Edinburg, Texas 78539
Telephone: 956-294-4800
Facsimile: 956-928-9564

*/s/ Sofía A. Ramón*
Sofia A. Ramón
State Bar No. 00784811
sramon@ramonworthington.com
Dan K. Worthington
State Bar No. 00785282
dworthington@ramonworthington.com
Elizabeth Sandoval Cantu
State Bar No. 24013455
ecantu@ramonworthington.com
**Electronic Service to:**
efile@ramonworthington.com
**ATTORNEYS FOR DEFENDANTS**

*Defendants' Original Answer*                                    Page 4

Electronically Submitted
2/26/2021 1:57 PM
Hidalgo County Clerk
Accepted by: Ester Espinoza

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 26th, 2021 a true and correct copy of the foregoing document was served via e-File Texas.gov to the following:

George M. Rubio
Vanessa R. Rubio
**RUBIO & ASSOCIATES, PLLC**
3608 Buddy Owens Blvd., Suite A
McAllen, Texas 78504
T: (956) 631-9999
F: (956) 631-8080
grubio@grubiolaw.com
vanessa@grubiolaw.com
**Attorneys for Plaintiff**

/s/ Sofía A. Ramón
Sofia A. Ramón

*Defendants' Original Answer*                                                    Page 5

EXHIBIT 1-D

Skip to Main Content Logout My Account Search Menu New Case Search Refine Search Back                                Location : All Courts  Images

## REGISTER OF ACTIONS
### CASE NO. CL-21-0115-B

| | | |
|---|---|---|
| HUMBERTO PEREZ VS. STEVEN JON BROUWER, SCHOBORG LAND SERVICES, INC. | § § § § § | Case Type: **Injury or Damage - Motor Vehicle (OCA)**<br>Date Filed: **12/28/2020**<br>Location: **County Court at Law #2** |

---

**PARTY INFORMATION**

| | | Attorneys |
|---|---|---|
| Defendant | **BROUWER, STEVEN JON** | |
| Defendant | **SCHOBORG LAND SERVICES, INC.** | |
| Plaintiff | **PEREZ, HUMBERTO** | **GORGE M. RUBIO**<br>*Retained*<br>956-631-9999(W) |

---

**EVENTS & ORDERS OF THE COURT**

| | |
|---|---|
| | **OTHER EVENTS AND HEARINGS** |
| 12/28/2020 | Original Petition (OCA)<br>*POP* |
| 01/21/2021 | Citation Issued<br>*SCHOBORG LAND SERVICES* |
| 01/21/2021 | Citation Issued<br>*STEVEN JON BROUWER* |
| 02/26/2021 | Answer<br>*Defs Original Answer* |

---

**FINANCIAL INFORMATION**

| | | | | | |
|---|---|---|---|---|---|
| | **Defendant BROUWER, STEVEN JON**<br>Total Financial Assessment<br>Total Payments and Credits<br>**Balance Due as of 03/04/2021** | | | | 40.00<br>40.00<br>0.00 |
| 03/01/2021<br>03/01/2021 | Transaction Assessment<br>EFile Payments from TexFile | Receipt # 2021-002268 | | BROUWER, STEVEN JON | 40.00<br>(40.00) |
| | **Plaintiff PEREZ, HUMBERTO**<br>Total Financial Assessment<br>Total Payments and Credits<br>**Balance Due as of 03/04/2021** | | | | 322.00<br>322.00<br>0.00 |
| 01/05/2021<br>01/05/2021 | Transaction Assessment<br>EFile Payments from TexFile | Receipt # 2021-000141 | | PEREZ, HUMBERTO | 322.00<br>(322.00) |

# EXHIBIT 1-E

| From: | Sofia Ramon |
|---|---|
| To: | vanessa@grubiolaw.com; grubio@grubiolaw.com |
| Cc: | LitFile |
| Subject: | Humberto Perez vs Steven Jon Brouwer and Schoborg Land Services Inc. |
| Date: | Wednesday, February 24, 2021 9:03:00 AM |
| Attachments: | STIPULATION - Perez Humberto.pdf |
| | image003.png |

Counsel,

Good morning.  We have been retained in this case and will be filing an answer soon.  Looking forward to working with you.  Wanted to give you a heads up that we plan on removing the case to federal court.  In lieu of that, would your client be willing to enter the attached binding stipulation regarding the amount in controversy?

I look forward to hearing from you at your earliest opportunity.

Much appreciated.
-Sofia



Sofia A. Ramon
**RAMON WORTHINGTON NICOLAS & CANTU, PLLC**
Member/Manager
1506 South Lone Star Way, Suite 5
Edinburg, Texas 78539
Main: (956) 294-4800
Direct: (956) 294-4808
www.ramonworthington.com

E-MAIL NOTICE - This transmission may be:  (1) subject to the attorney-client privilege, (2) subject to the attorney work product exception, or 3) contain confidential information.  If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information.  If you have received this e-mail in error, please reply and notify the sender (only) of your deletion of this message.  An unauthorized interception of this e-mail is a violation of federal law.

This communication does not reflect an intention by the sender or the sender's client to conduct a transaction or make any agreement by electronic means.  Nothing in this message or in any attachment shall satisfy the requirements for a writing, or constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

CAUSE NO. CL-21-0115-B

| | | |
|---|---|---|
| **HUMBERTO PEREZ** | § | **IN THE COUNTY COURT** |
| | § | |
| **v.** | § | **AT LAW NO. 2 OF** |
| | § | |
| **STEVEN JON BROUWER AND** | § | |
| **SCHOBORG LAND SERVICES, INC.** | § | **HIDALGO COUNTY, TEXAS** |

## BINDING STIPULATION OF DAMAGES

COMES NOW HUMBERTO PEREZ, Plaintiff in the above-entitled and numbered civil action who stipulates as follows:

1.      Plaintiff and his attorney stipulate, agree, acknowledge and confirm that the total sum or value in controversy in this civil action does not exceed $74,999.99, inclusive of interest and costs.

2.      The total amount sought by Plaintiff in this civil action does not exceed $74,999.99, inclusive of interest and costs, including all statutory and common law damages, punitive damages, attorney's fees (if applicable), and any other affirmative relief in this action ("Damages"). As used herein, Damages include all sums of any kind or character, including by way of illustration, but not by way of limitation:  actual damages, special damage, exemplary damages, attorney's fees, any other type of damages or award that is measurable in money, and the value attributable to any other relief sought by Plaintiff or that Plaintiff will seek in the form of a judgment or settlement.

3.      Plaintiff and Plaintiff's attorney understand, acknowledge, agree and stipulate that Plaintiff's total recovery in this civil action is limited to an amount not to exceed $74,999.99, inclusive of interest and costs.

4.      Neither Plaintiff nor Plaintiff's attorney will seek or accept an amount that exceeds $74,999.99, inclusive of interest and costs, in this civil action.

5.      Neither Plaintiff nor Plaintiff's attorney will amend their petition after one year to plead an amount in controversy in excess of $74,999.99, inclusive of interest and costs, in this civil action, nor will they seek leave to do so.

6.      Neither Plaintiff nor Plaintiff's attorney will authorize anyone on their behalf or their future heirs or assigns, to amend Plaintiff's petition after one year to plead an amount in controversy in excess of $74,999.99, inclusive of interest and costs, in this civil action.

7.      For purposes of this stipulation, Plaintiff and Plaintiff's attorney understand, acknowledge and agree that the term "interest" means pre- and post-judgment interest only, and that the term "costs" means taxable court costs only.

8.      Plaintiff stipulates, agrees, acknowledges and confirms that each and every provision recited in this Stipulation is irrevocable, regardless of what facts and/or evidence may become known or apparent in the future, whether known or anticipated at this time.  It is the intention of Plaintiff that this Stipulation shall be interpreted as being as general as possible, and that this agreement shall cover every conceivable contingency which might arise in the future, or which may have arisen in the past, whether known or unknown at this time.

9.      Plaintiff stipulates, agrees, acknowledges, and confirms that these agreements as set forth herein are voluntary and that Plaintiff has discussed the significance and ramifications of entering into this Stipulation with his counsel. Plaintiff enters into this Stipulation without any coercion or undue influence from anyone, and all of the provisions contained herein shall be binding upon Plaintiff even in the event Plaintiff changes counsel at any time in the future in this matter.

10.     The parties agree that this Stipulation will be filed in the papers of this cause and is enforceable pursuant to Tex. R. Civ. P. 11.

So Stipulated by Plaintiff:

Name:_____

Signature:_____

Date:_____

Respectfully Submitted,

**RUBIO & ASSOCIATES, PLLC**
3608 Buddy Owens Blvd., Suite A
McAllen, Texas 78504
T: 956-631-9999
F: 956-631-8080
E: grubio@grubiolaw.com;
vanessa@grubiolaw.com

By:_____
        George M. Rubio
        Vanessa R. Rubio
        Attorneys for Plaintiff Humberto
        Perez